**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                          No. 4:12CR00328-01 JLH

LESLIE ARMSTRONG                                                                                    DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion for continuance of sentencing hearing currently set for Wednesday, April 30, 2014. The motion is GRANTED. Document #70.

The sentencing hearing for defendant Leslie Armstrong is hereby rescheduled for **WEDNESDAY, MAY 7, 2014, at 1:30 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 24th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE