**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                    No. 4:12CR00328 JLH

LESLIE ARMSTRONG                                                        DEFENDANT

## <u>ORDER</u>

Leslie Armstrong has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The Court directs the United States to file a response to that motion within 30 days from the entry of this Order.

IT IS SO ORDERED this 23rd day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE