**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                          No. 4:12CR00328 JLH

LESLIE ARMSTRONG                                                                           DEFENDANT

## ORDER

The United States has filed a response to Leslie Armstrong's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. If Armstrong wishes to file a reply, he must do so within 30 days from the entry of this Order.

IT IS SO ORDERED this 26th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE